**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Byron COLEMAN,
Defendant/Appellant.**

**No. ED 91873.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 15, 2009.

John M. Reeves, Assistant Attorney General, Jefferson City, MO, for Plaintiff/Respondent.

Jo Ann Rotermund, Assistant Public Defender, St. Louis, MO, for Defendant/Appellant.

Before KATHIANNE KNAUP CRANE, P.J., CLIFFORD H. AHRENS, J., and NANNETTE A. BAKER, J.

*ORDER*

PER CURIAM.

Defendant appeals from a judgment entered upon a jury verdict finding him guilty of trafficking in the second degree, in violation of section 195.223.3 RSMo (2000). The trial court found him to be a prior drug offender and a prior and persistent offender and sentenced him to twelve years imprisonment.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).